UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-CV-62019-RNS

EMILY FULLER

    Plaintiff,

v.

GREAT CIRCLE VENTURES HOLDINGS,
LLC d/b/a/ TAIL ACTIVEWEAR

    Defendant.
_____/

**AFFIDAVIT OF CHERYL MAURER IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE**

1. My name is Cheryl Maurer and I have personal knowledge regarding the facts contained in this Affidavit.

2. I am the Vice-President of Finance of GREAT CIRCLE VENTURES HOLDINGS LLC ("TAIL ACTIVEWEAR").

3. TAIL ACTIVEWEAR offers women's athletic apparel and activewear, particular for golf and tennis, to retail store locations, such as PGA Superstore, Dick's Sporting Goods, and GolfTown, among others.

4. The only manner in which a customer can possibly purchase TAIL ACTIVEWEAR's apparel directly is via its website: www.tailactivewear.com.

1

5. The Corporate Offices of TAIL ACTIVEWEAR is located at: 2105 NW 86th Ave., Doral, FL 33122.

6. The Corporate Offices are kept locked at all times, not open to the general public, and is not a retail store location.

7. TAIL ACTIVEWEAR also has an administrative office located in Savannah, Georgia, which is also not open to the public and is not a retail store location. Pictures of that office in Savannah, Georgia are attached as Composite Exhibit "1" to this Affidavit. The office is located in an office complex and not in a retail property or a mall. The photos attached as Exhibit "1" show that there is no TAIL ACTIVEWEAR signage and no possible foot or car traffic as the office is at the end of a cul-de-sac. The office in Savannah, Georgia has no sales staff nor does it have a cash register or similar device to actually make a retail sale.

8. During the August 2017 timeframe set forth by the Plaintiff in her Complaint, TAIL ACTIVEWEAR had absolutely no physical retail sales locations, either in Florida or anywhere else in the United States.

9. Indeed, TAIL ACTIVEWEAR has no brick-and-mortar physical retail stores anywhere in the World.

**SWORN TO UNDER PENALTY OF PERJURY:**

_____
Cheryl Maurer, V.P. of Finance
Great Circle Ventures Holdings LLC

Date: 11/8/2017

3

EXHIBIT 1





